**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

LAW OFFICE

BARRY A. WEINSTEIN, ESQ., P.C.

888 Grand Concourse
Bronx, New York 10451

Cell: (973) 985-9000                                    Tel:(718) 665-9000
bweinstein2248@gmail.com                                Fax:(718) 665-9147

December 11, 2020

<u>**VIA EMAIL**</u>

Justice Valerie E. Caproni
United States Courthouse
Southern District of New York
40 Foley Square
New York, N.Y. 10007

      Re: United States v. Vashon Combs
        20 Cr. 670 (VEC) -1

Dear Judge Caproni:

      I write this letter to request a minor modification in Mr. Combs' bail conditions.

      On November 20, 2020, Mr. Combs' was released on a $75,000 personal recognizance bond secured by two financially responsible people, home detention with electronic monitoring, and his travel restricted to the Southern and Eastern Districts of New York. On or about November 25, 2020, his restricted area of travel was enlarged to include the District of New Jersey for employment purposes.

      Mr. Combs seeks to have permission that while he is allowed out for his employment, he be permitted to go grocery shopping a part of one day a week   I have spoken to his pre-trial officer, Winter Pascual, and A.U.S.A. Jacob Gutwillig who each advised me that they consent to that request. All other terms and conditions of his release shall remain in full force and effect.

      It is respectfully requested that your Honor grant this request by the defendant.

      Thank you for your for your consideration an attention to this matter.

                Respectfully submitted,

                _____/s_____

                BARRY A. WEINSTEIN

Honorable Valerie E. Carponi
December 11, 2020
Page 2

cc: A.U.S.A. Jacob Gutwillig
    via email

    U.S.P.O. Winter Pascual
    via email

Application GRANTED.

SO ORDERED.

12/14/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE