```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                  :
                                          :      20-CR-670 (VEC)
        -against-                         :
                                          :      ORDER
VACHON COMBS and JAIME MARQUEZ            :
RODRIGUEZ,                                :
                                          :
                    Defendants.           :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Marquez-Rodriguez has consented to an arraignment by telephone conference;

WHEREAS Mr. Marquez-Rodriguez is currently being held at MDC;

IT IS HEREBY ORDERED THAT:

1. The arraignment will be held on **December 22, 2020**, **at 10:30 A.M.**  The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171, security code 0670.   Any recording of the hearing is strictly prohibited.

2. MDC is directed to produce Mr. Marquez-Rodriguez for his telephone appearance.

3. No later than **December 21, 2020**, defense counsel must file either an executed waiver (attached to this Order) or a letter requesting that the conference be rescheduled as an in-person conference on a date convenient to all parties.

**SO ORDERED.**

**Dated: December 15, 2020**
       **New York, NY**

                                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                  -v-

                  ,
                  Defendant.

-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

       **-CR-**    ( )( )

**Check Proceeding that Applies**

_____ Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that**:**

    1)     I have received and reviewed a copy of the indictment.
    2)     I do not need the judge to read the indictment aloud to me.
    3)     I plead not guilty to the charges against me in the indictment.

Date:     _____
           Signature of Defendant


           _____
           Print Name

_____ Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the

conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:   _____
         Signature of Defendant


         _____
         Print Name


____    Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.


Date:   _____        _____
         Print Name                           Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence.  I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:   _____
         Signature of Defense Counsel


         _____
         Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:     _____
              Signature of Defense Counsel

**Accepted:**   _____
              Signature of Judge
              Date: