```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA     :

      -against-     :

VACHON COMBS and JAIME MARQUEZ   :
RODRIGUEZ

            Defendants.    :

------------------------------------------------------------ X

20-CR-670 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference was held on April 1, 2021;

IT IS HEREBY ORDERED THAT:

1. Defendants' pretrial motions are due **April 23, 2021**. The Government's opposition is due **May 21, 2021**. Replies are due **June 4, 2021**.

2. Motions *in limine*, if any, are due **May 7, 2021**. Oppositions are due **May 14, 2021**. Requests to charge and proposed *voir dire* questions are due **May 28, 2021.**

3. The parties should be prepared to begin trial in this case on **July 19, 2021 at 10:00 a.m.** The Court will inform the parties as soon as that date is confirmed.

4. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between April 1, 2021 and July 19, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

**Date: April 1, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**