USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA  :
: 20-CR-670 (VEC)
-against-  :
: ORDER
VACHON COMBS and JAIME MARQUEZ RODRIGUEZ  :
:
:
Defendants.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to begin on **July 19, 2021**;

IT IS HEREBY ORDERED THAT: A status conference will be held on **May 13, 2021 at 12:00 p.m**. The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0670. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date: May 4, 2021
New York, NY

**VALERIE CAPRONI
United States District Judge**