USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA         :

                       :         20-CR-670 (VEC)

    -against-          :

                       :          ORDER

VACHON COMBS and JAIME MARQUEZ  :
RODRIGUEZ

                       :

            Defendants.   :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to begin on **July 19, 2021**;

WHEREAS a status conference in this case is scheduled for **May 13, 2021**;

IT IS HEREBY ORDERED THAT:

1.  The status conference for Mr. Marquez-Rodriguez will be held as previously-ordered on **May 13, 2021 at 12:00 p.m**. The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0670. Any recording or retransmission of the hearing is strictly prohibited.

2.  Due to a scheduling conflict, the status conference for Mr. Combs will be held on **May 13, 2021 at 2:00 p.m.** The parties must appear for the conference by dialing (888) 363-4749, using the access code 3121171 and the security code 0670. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

**Date: May 4, 2021**
       **New York, NY**                            **VALERIE CAPRONI**
                                                       **United States District Judge**