```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA        :
                                                :        20-CR-670 (VEC)
         -against-                  :
                                                :        <u>ORDER</u>
  VACHON COMBS,                        :
                          Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Combs's sentencing was scheduled for August 11, 2022 at 3:30 p.m.;

IT IS HEREBY ORDERED that, due to a scheduling conflict for the Court, Mr. Combs's sentencing is re-scheduled for **August 9, 2022 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  August 1, 2022
         New York, NY

                                                **VALERIE CAPRONI**
                                          **United States District Judge**