```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                   :
                                           :    20-CR-670 (VEC)
            -against-                      :
                                           :    ORDER
VACHON COMBS,                              :
                        Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Combs's sentencing was scheduled for August 9, 2022 at 2:00 p.m.;

IT IS HEREBY ORDERED that, due to a scheduling conflict for the Court, Mr. Combs's sentencing is adjourned to **August 24, 2022 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  August 4, 2022                              _____
       New York, NY                                       **VALERIE CAPRONI**
                                                      **United States District Judge**