```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA        :

                                       :      20-CR-670 (VEC)

         -against-                   :

                                       :      <u>ORDER</u>

   VACHON COMBS                         :

                                       :

                            Defendant.   :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the Undersigned was contacted by the Bureau of Prisons regarding an error in the above-named Defendant's surrender date.

       IT IS HEREBY ORDERED that, notwithstanding the Memo Endorsement at docket entry 90, Mr. Combs must self-surrender to his designated facility at 12:00 p.m. ET on **January 6, 2023**.

**SO ORDERED.**

**Date:  October 21, 2022**
       **New York, NY**

                                                        **VALERIE CAPRONI**
                                                      **United States District Judge**